# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KENNETH RAY PITTS**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #085938**

v.　　　　　　　　　　　　Case No: 2:25-cv-00016-LPR

**DEXTER PAYNE,**
**Director, ADC**　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 10th day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE